IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSHUA WILLIAMS
ADC #171122                                                                    PLAINTIFF

v.                           No. 2:24-cv-210-DPM

AUNDREA CULCLAGER, Director,
Medical Department, ADC; DEXTER
PAYNE, Director, ADC; WILLIAM F.
STRAUGHN, Assistant/Deputy Director,
ADC; MOSES JACKSON,
Warden/Former Warden, E.A.R.U., ADC;
MICHAEL RICHARDSON, Deputy
Warden, E-Max, ADC; SCOTT TAYLOR,
Major, E-Max, ADC; STEVEN LANE,
Captain, E-Max, ADC; CLINKSCALE,
Medical Staff, LPN, E-Max, ADC; and
HAHN, Medical Staff, LPN, E-Max, ADC                       DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. On 31 January 2025, Clinkscale and Hahn filed a suggestion of bankruptcy and notice of stay. *Doc. 12*. The amended interim stay order automatically stays this action against Clinkscale and Hahn—for now. *Doc. 12-2; see also In re Wellpath Holdings, Inc.*, Case No. 24-90533 (Bankr. S.D. Tex.). And the Court has discretion to stay Williams's related claims against the other defendants. *Sierra Club v. U.S. Army Corps of Engineers*, 446 F.3d 808, 816 (8th Cir. 2006).

This case is therefore stayed *nunc pro tunc* 31 January 2025 and is administratively terminated. Clinkscale and Hahn must keep the Court informed about the status of the Wellpath bankruptcy proceedings. Status report due 30 March 2025 and every two months thereafter. Status report due immediately when the stay is lifted or extended as to Clinkscale and Hahn.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2025