# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOSHUA WILLIAMS**
**ADC #171122**                                                                                          **PLAINTIFF**

v.                               No. 2:24-cv-210-DPM

AUNDREA CULCLAGER, Director,
Medical Department, ADC; DEXTER
PAYNE, Director, ADC; WILLIAM F.
STRAUGHN, Assistant/Deputy Director,
ADC; MOSES JACKSON,
Warden/Former Warden, E.A.R.U., ADC;
MICHAEL RICHARDSON, Deputy
Warden, E-Max, ADC; SCOTT TAYLOR,
Major, E-Max, ADC; STEVEN LANE,
Captain, E-Max, ADC; CLINKSCALE,
Medical Staff, LPN, E-Max, ADC; and
HAHN, Medical Staff, LPN, E-Max, ADC                                             **DEFENDANTS**

## ORDER

Status report, *Doc. 20*, appreciated.  Next report due by 26 May 2025.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 March 2025