IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSHUA WILLIAMS
ADC #171122                                                                PLAINTIFF

v.                              No. 2:24-cv-210-DPM-JTK

AUNDREA CULCLAGER, Director,
Medical Department, ADC; DEXTER
PAYNE, Director, ADC; WILLIAM F.
STRAUGHN, Assistant/Deputy Director,
ADC; MOSES JACKSON,
Warden/Former Warden, E.A.R.U., ADC;
MICHAEL RICHARDSON, Deputy
Warden, E-Max, ADC; SCOTT TAYLOR,
Major, E-Max, ADC; STEVEN LANE,
Captain, E-Max, ADC; CLINKSCALE,
Medical Staff, LPN, E-Max, ADC; and
HAHN, Medical Staff, LPN, E-Max, ADC                      DEFENDANTS

ORDER

On *de novo* review, the Court adopts the partial recommendation, *Doc. 9*. Fed. R. Civ. P. 72(b)(3). The Court reads Williams's motion to strike, *Doc. 18*, as his objections to the partial recommendation. They are overruled. Williams says in his objections that he is suing all defendants in both their official and individual capacities. *Doc. 18 at 1*. But his complaint is clear: Director Culclager, Director Payne, and Deputy Director Straughn are only being sued in their official

capacities. *Doc. 1 at 2*. Williams cannot amend his complaint by objecting to the partial recommendation.

Williams's official capacity claims, and his individual capacity claims against Warden Jackson and Deputy Warden Richardson, are dismissed without prejudice for failure to state a claim. His remaining claims go forward. The Court directs the Clerk to terminate Director Culclager, Director Payne, Deputy Director Straughn, Warden Jackson, and Deputy Warden Richardson as defendants.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 August 2025