# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JOSHUA WILLIAMS**
**ADC #171122**                                                                   **PLAINTIFF**

v.                      No. 2:24-cv-210-DPM-JTK

**SCOTT TAYLOR, Major, E-Max, ADC;**
**STEVEN LANE, Captain, E-Max, ADC;**
**CLINKSCALE, Medical Staff, LPN,**
**E-Max, ADC; and HAHN, Medical Staff,**
**LPN, E-Max, ADC**                                                               **DEFENDANTS**

## ORDER

Unopposed recommendation, *Doc. 43*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 31*, granted. Williams's claims against Major Taylor and Captain Lane are dismissed without prejudice for failure to exhaust. The Court directs the Clerk to terminate Taylor and Lane as defendants.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 October 2025