IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSHUA WILLIAMS
ADC #171122                                                    PLAINTIFF

v.                          No. 2:24-cv-210-DPM

CAPTOLA CLINKSCALE, Medical Staff,
LPN, E-Max, ADC and RACHEL HAHN,
Medical Staff, LPN, E-Max, ADC                    DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 61*, and overrules Williams's objections, *Doc. 62-1*. Fed. R. Civ. P. 72(b)(3). Williams encountered some issues in discovery. He filed a motion, *Doc. 40*, requesting security footage, which Magistrate Judge Kearny (correctly) denied. *Doc. 41*. He says that he requested that footage from Nurse Clinkscale and Nurse Hahn, but it wasn't produced. *Doc. 63*. But Willaims didn't file his motion to compel, *Doc. 63*, until long after the discovery deadline. And the discovery requests attached to the motion, *Doc. 63 at 3–9*, don't include any requests for production. His motion to compel, *Doc. 63*, is denied.

Nurse Clinkscale's and Nurse Hahn's motion for summary judgment, *Doc. 48*, is granted. Williams's medical deliberate indifference claims against them in their individual capacities will be dismissed with prejudice.

-2-

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_13 May 2026_