## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

JOSHUA WILLIAMS
ADC #171122                                                               PLAINTIFF

v.                              No. 2:24-cv-210-DPM

AUNDREA CULCLAGER, Director,
Medical Department, ADC;  DEXTER
PAYNE, Director, ADC;  WILLIAM F.
STRAUGHN, Assistant/Deputy Director,
ADC;  MOSES JACKSON,
Warden/Former Warden, E.A.R.U., ADC;
MICHAEL RICHARDSON, Deputy
Warden, E-Max, ADC;  SCOTT TAYLOR,
Major, E-Max, ADC;  STEPHEN LANE,
Captain, E-Max, ADC;  CAPTOLA
CLINKSCALE, Medical Staff, LPN,
E-Max, ADC;  and RACHEL HAHN,
Medical Staff, LPN, E-Max, ADC                                           DEFENDANTS

### JUDGMENT

Williams's medical deliberate indifference claims against Nurse

Clinkscale and Nurse Hahn in their individual capacities are dismissed

with prejudice.  His remaining claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_13 May 2026_